**CELL GENESYS, INC., Petitioner,**

**v.**

**APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., Respondent,**

**and**

**Transkaryotic Therapies, Inc., Respondent.**

**Misc. No. 865.**

United States Court of Appeals, Federal Circuit.

Dec. 19, 2007.

### ORDER

The court's December 17, 2007 order having issued in error,

IT IS ORDERED THAT:

The order is withdrawn. The petition for permission to appeal remains pending.